| | |
|---|---|
| 1 | HOGAN & HARTSON L.L.P. |
| | RICHARD L. STONE, SBN 110022 |
| 2 | POOPAK NOURAFCHAN, SBN 193379 |
| | BETY JAVIDZAD, SBN 240598 |
| 3 | 1999 Avenue of the Stars, Suite 1400 |
| | Los Angeles, CA  90067 |
| 4 | Telephone: (310) 785-4600 |
| | Facsimile: (310) 785-4601 |
| 5 | e-mail address:  rlstone@hhlaw.com |
| | e-mail address:  pnourafchan@hhlaw.com |
| 6 | e-mail address:  bjavidzad@hhlaw.com |
| 7 | Attorneys for Plaintiff TWENTIETH CENTURY |
| | FOX INTERNATIONAL CORPORATION |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TWENTIETH CENTURY FOX INTERNATIONAL CORPORATION, a New York corporation, | ) ) ) ) | Case No. CV08 – 1109 GW (FMOx) [Complaint Filed February 26, 2008] |
|---|---|---|
| Plaintiff, | ) ) | **ORDER GRANTING PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES** |
| v. | ) ) | |
| GEMINI FILM INTERNATIONAL, SAO, a Russian corporation; BODO SCRIBA, an individual; and DOES 1-10, inclusive. | ) ) ) ) ) | Date: October 6, 2008 Time: 8:30 a.m. Courtroom 10 |
| Defendant. | ) ) ) | |

\\\LA - 085069/000025 - 404280 v1

[PROPOSED] ORDER

1  On October 2, 2008, in the above-titled Court, Plaintiff Twentieth Century
2  Fox International Corporation ("Fox") moved the Court for an order entering default
3  against defendant Gemini Film International SAO ("GFI") pursuant to Federal Rule
4  of Civil Procedure 55, or in the alternative, for an order directing the entry of final
5  judgment as to defendant Bodo Scriba ("Scriba") pursuant to Federal Rule of Civil
6  Procedure 54(b).  Poopak Nourafchan of Hogan & Hartson LLP appeared on behalf
7  of Fox.  Eric Early of Christensen, Glaser, Fink, Jacobs, Weil & Shapiro appeared
8  on behalf of Scriba and GFI.

9  During the hearing, this Court ordered the parties to confer and attempt to
10 come to an agreement concerning the appropriate amount of attorneys fees that
11 should be paid to Fox. The parties met and conferred, but were unable to reach an
12 agreement as to the amount that GFI should pay Fox.

13 Now, having considered the Declaration of Poopak Nourafchan and the
14 exhibits thereto in support of Fox's request for a reasonable amount of attorneys'
15 fees, and the declaration and papers submitted by GFI, and good cause appearing
16 thereto,

17 IT IS HEREBY ORDERED THAT Defendant Gemini Film International,
18 SAO shall reimburse Fox the sum of $7,500.00 for reasonable attorney fees.

19
20 IT IS SO ORDERED.

21
22 Dated:  October 6, 2008                                    _____
                                                                                   Honorable George H. Wu
23                                                                              Central District Judge

24 Respectfully Submitted By:
   HOGAN & HARTSON, LLP
25      /s/
26 By:_____
   POOPAK NOURAFCHAN
27 Attorneys for Plaintiff TWENTIETH CENTURY FOX
28 INTERNATIONAL CORPORATION

\\\LA - 085069/000025 - 404280 v1                                [PROPOSED] ORDER