JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWENTIETH CENTURY FOX INTERNATIONAL CORPORATION, a New York corporation, | Case No. CV08-1109 GW (FMOx) |
| Plaintiff, | [Honorable George H. Wu] |
| vs. | **Order Re: Stipulation Of Dismissal** |
| GEMINI FILM INTERNATIONAL, SAO, a Russian corporation; BODO SCRIBA, an individual; and DOES 1-10, inclusive, | |
| Defendants. | |

[Proposed] Order

\\LA - 085069/000025 - 1049660 v1

## ORDER

The Court, having considered the Stipulation Of Dismissal submitted by Plaintiff Twentieth Century Fox International Corporation ("Fox"), on the one hand, and Defendant Bodo Scriba ("Dr. Scriba"), on the other hand, to dismiss this action without prejudice against Dr. Scriba, with each party to bear its own costs and attorneys' fees, finds that good cause exists to dismiss Dr. Scriba from this action, and therefore, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

1. Dr. Scriba is dismissed from this action without prejudice; and

2. Each party will bear its own costs and attorneys' fees.

DATED:  March 11, 2013

_____
Honorable George H. Wu
United States District Judge

Respectfully submitted,

HOGAN LOVELLS US LLP

By:___/s/_____
Anthony Basich
Attorneys for Plaintiff TWENTIETH
CENTURY FOX INTERNATIONAL
CORPORATION

[Proposed] Order
1

\\LA - 085069/000025 - 1049660 v1